**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **SHERRIE SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  3:23-cv-387-DJH |
| | ) | |
| **WEBBANK, INC., COLONY BRANDS/GINNY'S, EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL

Equifax Information Services LLC ("Equifax") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A.  PROCEDURAL BACKGROUND

1. On or about June 25, 2023, Plaintiff Sherrie Smith ("Plaintiff") filed the Complaint in the Larue Circuit Court, Case No. 23-CI-00075 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax.

2. Equifax was served with Plaintiff's Complaint on June 30, 2023. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B.  GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court, Western District of Kentucky has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper

because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Western District of Kentucky because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit A**. Consents from those defendants served with process of summons are attached as **Exhibit B**.

6. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Meade Circuit Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax request that the above-described action be removed to this Court.

Respectfully submitted this 28th day of July, 2023.

Respectfully submitted,

  /s/John M. Williams  
John M. Williams
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
Telephone: (859) 245-1059
Facsimile: (859) 245-1231
williams@wktlaw.com
*Attorney for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

 This is to certify that on July 28, 2023, a true and correct copy of the foregoing document has been filed with the Clerk of the Court which will send a notification to all counsel of record via U.S. Mail:

David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 TOWNPARK CIRCLE,
SUITE 100-C
LOUISVILLE KY 40202
PHONE: 502-443-1060
HEMMINGERLAWOFFICE@GMAIL.COM
*Counsel for Plaintiff*

          s/*John M. Williams*
          John M. Williams
          *Attorney for Defendant*
          *Equifax Information Services LLC*