UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHERRIE SMITH,            Plaintiff,

v.            Civil Action No. 3:23-cv-387-DJH-CHL

WEBBANK, INC. et al.,            Defendants.

\* \* \* \* \*

### ORDER

Plaintiff Sherrie Smith and Defendant Webbank, Inc. having filed an agreed order of dismissal with prejudice as to Smith's claims against Webbank, Inc. (Docket No. 24), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    Smith's claims against Webbank, Inc. are **DISMISSED** with prejudice.

(2)    All claims having been resolved (*see* D.N. 14, D.N. 16, D.N. 23), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

December 20, 2023

David J. Hale, Judge
United States District Court